DE LONG HOOK & EYE CO. v. FRANCIS HOOK & EYE & FASTENER CO. (Circuit Court of Appeals, Second Circuit. October 21, 1907.) No. 33. Appeal from the Circuit Court of the United States for the Western District of New York. W. C. Strawbridge, for the motion. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The record should be completed before this court takes it up for consideration, either on the merits or as to title; and the cause should

---

*Rehearing denied December 24, 1907.

therefore be remanded, so that proper proceedings in the Circuit Court may revive it in the name of the new corporation. See 150 Fed. 597.